IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANGELA BLOUNT, for themselves and
those similarly situated,

                Plaintiffs,

     v.                                      Civil No. 12-809 (JDB)

U.S. SECURITY ASSOCIATES, et al.

                Defendants.
_____/

**NOTICE OF FILING CONSENT FORMS**

Pursuant to 29 U.S.C. §216(b), Plaintiffs hereby file Consents to become party plaintiffs in the above-captioned case on behalf of Alfreda Bacon, Martina Bates, Debbie Brunson, Lisa Everette, Eyona Fountain, Juana Hawkins, Gina Johnson, Gayle Middleton, Charlene Miles-Rush, Tiffany Moton, Dominic Parham, Leo Spriggs, June Washington, Sharon Whittington, Twanda Whittington, Katrina Wiley, and Renee Wilson.  The signed Consent forms are attached as Exhibit A.

Dated July 6, 2012           Respectfully submitted,

                                          s/ Arlus J. Stephens
                                          Arlus J. Stephens (478938)
                                          Mark Hanna (471960)
                                          Renee M. Gerni (979573)
                                          Murphy Anderson PLLC
                                          1701 K Street NW, Suite 210
                                          Washington, DC  20006
                                          Tel:  (202) 223-2620
                                          Fax: (202) 223-8651

                                          Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Notice on all counsel of record by filing this on the Court's ECF system on July 6, 2012.  In addition, I mailed a copy of the foregoing today to counsel for Defendant U.S. Security as follows:

>Garen Dodge, Esq.
>Paul DeCamp, Esq.
>Jackson Lewis LLP
>10701 Parkridge Blvd
>Suite 300
>Reston, VA  20191

>s/ Arlus J. Stephens