# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANGELA BLOUNT, et al., on behalf of
themselves and all similarly-situated persons,

                        Plaintiffs,

            v.                              Civil No. 12-809 (JDB)

U.S. SECURITY ASSOCIATES, et al.

Alfreda Bacon _____ Defendants. /

## CONSENT TO JOIN ACTION

(Only complete and return this form if you want to be a Plaintiff and sue the Defendants for
unpaid wages.  If you choose this option, you will be a Plaintiff in the case.  By becoming a
Plaintiff, you may be eligible to seek damages, in addition to the amount of any unpaid wages.
While the suit is proceeding, you may be required to provide information, sit for depositions, and
testify in court.)

**MY NAME:** Alfreda Bacon

**MY ADDRESS:** 65 Galvaston St. SW, Apt 201
                Washington DC 20032

**MY TELEPHONE NUMBER:** 202 -717-7893

1.      I consent to and agree to pursue my claims arising out of unpaid work time
performed at D.C. Public Schools for (circle one): a) U.S. Security or b) Watkins Security.

2.      I have worked as a security guard for U.S. Security or Watkins Security at D.C.
Public Schools from approximately Oct 2009 (month/year) to approximately July 2012 now
(month/year).

1

3.      During this time period, my employer deducted time as an alleged off-duty "meal break." When this time caused me to work in excess of 40 hours per week, I was not paid time-and-a-half for the overtime portion.

4.      I hereby consent, agree and opt-in to become a Plaintiff herein and to be bound by any judgment of the Court or any settlement of this action.

5.      I hereby designate the law firm of Murphy Anderson PLLC to represent me for all purposes in this action.

6.      If I worked for U.S. Security, I designate Angela Blount, Brian Johnson, and Regina Pixley and/or any other person allowed by the Court as Class Representatives as my agents to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

7.      If I worked for Watkins Security Agency of D.C. and/or Watkins Security Agency, I designate Verranda Middleton and/or any other person allowed by the Court as a Class Representative as my agent(s) to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.


_6-29-12_____          _____
**(Date signed)**                        **(Signature)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANGELA BLOUNT, et al., on behalf of
themselves and all similarly-situated persons,

Plaintiffs,

v.                                    Civil No. 12-809 (JDB)

U.S. SECURITY ASSOCIATES, et al.

Defendants.

_____/

### CONSENT TO JOIN ACTION

(Only complete and return this form if you want to be a Plaintiff and sue the Defendants for unpaid wages. If you choose this option, you will be a Plaintiff in the case. By becoming a Plaintiff, you may be eligible to seek damages, in addition to the amount of any unpaid wages. While the suit is proceeding, you may be required to provide information, sit for depositions, and testify in court.)

MY NAME: Martina Bates

MY ADDRESS: 2601 Southern Ave #201

Temple Hills, MD 20748


MY TELEPHONE NUMBER: 202-705-4837

1.    I consent to and agree to pursue my claims arising out of unpaid work time performed at D.C. Public Schools for (circle one): a) U.S. Security or b) Watkins Security.

2.    I have worked as a security guard for U.S. Security or Watkins Security at D.C. Public Schools from approximately 10/09 (month/year) to approximately 07/12 (month/year).

1

3.      During this time period, my employer deducted time as an alleged off-duty "meal break." When this time caused me to work in excess of 40 hours per week, I was not paid time-and-a-half for the overtime portion.

4.      I hereby consent, agree and opt-in to become a Plaintiff herein and to be bound by any judgment of the Court or any settlement of this action.

5.      I hereby designate the law firm of Murphy Anderson PLLC to represent me for all purposes in this action.

6.      If I worked for U.S. Security, I designate Angela Blount, Brian Johnson, and Regina Pixley and/or any other person allowed by the Court as Class Representatives as my agents to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

7.      If I worked for Watkins Security Agency of D.C. and/or Watkins Security Agency, I designate Verranda Middleton and/or any other person allowed by the Court as a Class Representative as my agent(s) to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

6-26-12
**(Date signed)**

**(Signature)**

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ANGELA BLOUNT, et al., on behalf of
themselves and all similarly-situated persons,

Plaintiffs,

v.                    Civil No. 12-809 (JDB)

U.S. SECURITY ASSOCIATES, et al.

Defendants.

_____/

### CONSENT TO JOIN ACTION

(Only complete and return this form if you want to be a Plaintiff and sue the Defendants for unpaid wages. If you choose this option, you will be a Plaintiff in the case. By becoming a Plaintiff, you may be eligible to seek damages, in addition to the amount of any unpaid wages. While the suit is proceeding, you may be required to provide information, sit for depositions, and testify in court.)

MY NAME: _Debbie Brunson_

MY ADDRESS: _1108 21st place NE #10_

_Washington, DC 20002_

MY TELEPHONE NUMBER: _(202) 486-3759_

1.    I consent to and agree to pursue my claims arising out of unpaid work time performed at D.C. Public Schools for (circle one): a) U.S. Security or b) Watkins Security.

2.    I have worked as a security guard for U.S. Security or Watkins Security at D.C. Public Schools from approximately _10-09_ (month/year) to approximately _present_ (month/year).

1

3.     During this time period, my employer deducted time as an alleged off-duty "meal break." When this time caused me to work in excess of 40 hours per week, I was not paid time-and-a-half for the overtime portion.

4.     I hereby consent, agree and opt-in to become a Plaintiff herein and to be bound by any judgment of the Court or any settlement of this action.

5.     I hereby designate the law firm of Murphy Anderson PLLC to represent me for all purposes in this action.

6.     If I worked for U.S. Security, I designate Angela Blount, Brian Johnson, and Regina Pixley and/or any other person allowed by the Court as Class Representatives as my agents to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

7.     If I worked for Watkins Security Agency of D.C. and/or Watkins Security Agency, I designate Verranda Middleton and/or any other person allowed by the Court as a Class Representative as my agent(s) to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

6/27/12
**(Date signed)**

**(Signature)**

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANGELA BLOUNT, et al., on behalf of
themselves and all similarly-situated persons,

Plaintiffs,

v.                          Civil No. 12-809 (JDB)

U.S. SECURITY ASSOCIATES, et al.

Defendants.

_____/

## CONSENT TO JOIN ACTION

(Only complete and return this form if you want to be a Plaintiff and sue the Defendants for
unpaid wages. If you choose this option, you will be a Plaintiff in the case. By becoming a
Plaintiff, you may be eligible to seek damages, in addition to the amount of any unpaid wages.
While the suit is proceeding, you may be required to provide information, sit for depositions, and
testify in court.)

**MY NAME:** *LISA Everett*

**MY ADDRESS:** *4909 Fitch Place NE*
*WASH DC 20019*

**MY TELEPHONE NUMBER:** *202 230 4035*

1.    I consent to and agree to pursue my claims arising out of unpaid work time

performed at D.C. Public Schools for (circle one): a) U.S. Security or b) Watkins Security.

2.    I have worked as a security guard for U.S. Security or Watkins Security at D.C.

Public Schools from approximately *10/2011* (month/year) to approximately *6/12*

(month/year).

1

3.     During this time period, my employer deducted time as an alleged off-duty "meal break." When this time caused me to work in excess of 40 hours per week, I was not paid time-and-a-half for the overtime portion.

4.     I hereby consent, agree and opt-in to become a Plaintiff herein and to be bound by any judgment of the Court or any settlement of this action.

5.     I hereby designate the law firm of Murphy Anderson PLLC to represent me for all purposes in this action.

6.     If I worked for U.S. Security, I designate Angela Blount, Brian Johnson, and Regina Pixley and/or any other person allowed by the Court as Class Representatives as my agents to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

7.     If I worked for Watkins Security Agency of D.C. and/or Watkins Security Agency, I designate Verranda Middleton and/or any other person allowed by the Court as a Class Representative as my agent(s) to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_6/23/12_
**(Date signed)**

_Ricia Everett_
**(Signature)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ANGELA BLOUNT, et al., on behalf of
themselves and all similarly-situated persons,

Plaintiffs,

v.                                        Civil No. 12-809 (JDB)

U.S. SECURITY ASSOCIATES, et al.

Defendants.

_____/

**CONSENT TO JOIN ACTION**

(Only complete and return this form if you want to be a Plaintiff and sue the Defendants for
unpaid wages.  If you choose this option, you will be a Plaintiff in the case.  By becoming a
Plaintiff, you may be eligible to seek damages, in addition to the amount of any unpaid wages.
While the suit is proceeding, you may be required to provide information, sit for depositions, and
testify in court.)

**MY NAME:** _Evona Fountain_

**MY ADDRESS:** _4473 23rd Pkwy #104_
_Temple Hills, MD 20748_

**MY TELEPHONE NUMBER:** _202-486-8093_

　　　　1.　　　I consent to and agree to pursue my claims arising out of unpaid work time

performed at D.C. Public Schools for (circle one): a) U.S. Security or b) Watkins Security.

　　　　2.　　　I have worked as a security guard for U.S. Security or Watkins Security at D.C.

Public Schools from approximately _10/09_ (month/year) to approximately _6/12_

(month/year).

1

3.      During this time period, my employer deducted time as an alleged off-duty "meal break."  When this time caused me to work in excess of 40 hours per week, I was not paid time-and-a-half for the overtime portion.

4.      I hereby consent, agree and opt-in to become a Plaintiff herein and to be bound by any judgment of the Court or any settlement of this action.

5.      I hereby designate the law firm of Murphy Anderson PLLC to represent me for all purposes in this action.

6.      If I worked for U.S. Security, I designate Angela Blount, Brian Johnson, and Regina Pixley and/or any other person allowed by the Court as Class Representatives as my agents to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

7.      If I worked for Watkins Security Agency of D.C. and/or Watkins Security Agency, I designate Verranda Middleton and/or any other person allowed by the Court as a Class Representative as my agent(s) to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.


*June 23rd 2012*
**(Date signed)**

*Erjena Liventi*
**(Signature)**

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANGELA BLOUNT, et al., on behalf of
themselves and all similarly-situated persons,

Plaintiffs,

v.                                    Civil No. 12-809 (JDB)

U.S. SECURITY ASSOCIATES, et al.

Defendants.

_____/

## CONSENT TO JOIN ACTION

(Only complete and return this form if you want to be a Plaintiff and sue the Defendants for unpaid wages. If you choose this option, you will be a Plaintiff in the case. By becoming a Plaintiff, you may be eligible to seek damages, in addition to the amount of any unpaid wages. While the suit is proceeding, you may be required to provide information, sit for depositions, and testify in court.)

MY NAME: _Juania Hawkins_

MY ADDRESS: _5131 Fitch St SE. #103_
_Washington DC  20019_

MY TELEPHONE NUMBER: _2/ 288 - 4705_

1.    I consent to and agree to pursue my claims arising out of unpaid work time performed at D.C. Public Schools for (circle one): a) U.S. Security or b) Watkins Security.

2.    I have worked as a security guard for U.S. Security or Watkins Security at D.C. Public Schools from approximately _10-09_ (month/year) to approximately _Present_ (month/year).

1

3.      During this time period, my employer deducted time as an alleged off-duty "meal break." When this time caused me to work in excess of 40 hours per week, I was not paid time-and-a-half for the overtime portion.

4.      I hereby consent, agree and opt-in to become a Plaintiff herein and to be bound by any judgment of the Court or any settlement of this action.

5.      I hereby designate the law firm of Murphy Anderson PLLC to represent me for all purposes in this action.

6.      If I worked for U.S. Security, I designate Angela Blount, Brian Johnson, and Regina Pixley and/or any other person allowed by the Court as Class Representatives as my agents to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

7.      If I worked for Watkins Security Agency of D.C. and/or Watkins Security Agency, I designate Verranda Middleton and/or any other person allowed by the Court as a Class Representative as my agent(s) to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.


_6-27-12_

**(Date signed)**

_Juanita Hawkins_

**(Signature)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANGELA BLOUNT, et al., on behalf of
themselves and all similarly-situated persons,

Plaintiffs,

v.                              Civil No. 12-809 (JDB)

U.S. SECURITY ASSOCIATES, et al.

Defendants.

_____/

## CONSENT TO JOIN ACTION

(Only complete and return this form if you want to be a Plaintiff and sue the Defendants for
unpaid wages.  If you choose this option, you will be a Plaintiff in the case.  By becoming a
Plaintiff, you may be eligible to seek damages, in addition to the amount of any unpaid wages.
While the suit is proceeding, you may be required to provide information, sit for depositions, and
testify in court.)

**MY NAME:** Gina B. Johnson

**MY ADDRESS:** 5007 13th Pl NE Washington DC 20017

**MY TELEPHONE NUMBER:** 202 330 9011

1.      I consent to and agree to pursue my claims arising out of unpaid work time

performed at D.C. Public Schools for (circle one): a) (U.S. Security) or b) Watkins Security.

2.      I have worked as a security guard for (U.S. Security) or Watkins Security at D.C.

Public Schools from approximately 10/09 (month/year) to approximately Present

(month/year).

1

3.      During this time period, my employer deducted time as an alleged off-duty "meal break."  When this time caused me to work in excess of 40 hours per week, I was not paid time-and-a-half for the overtime portion.

4.      I hereby consent, agree and opt-in to become a Plaintiff herein and to be bound by any judgment of the Court or any settlement of this action.

5.      I hereby designate the law firm of Murphy Anderson PLLC to represent me for all purposes in this action.

6.      If I worked for U.S. Security, I designate Angela Blount, Brian Johnson, and Regina Pixley and/or any other person allowed by the Court as Class Representatives as my agents to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

7.      If I worked for Watkins Security Agency of D.C. and/or Watkins Security Agency, I designate Verranda Middleton and/or any other person allowed by the Court as a Class Representative as my agent(s) to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

6-23-12
_____
**(Date signed)**

_____
**(Signature)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANGELA BLOUNT, et al., on behalf of
themselves and all similarly-situated persons,

        Plaintiffs,

        v.              Civil No. 12-809 (JDB)

U.S. SECURITY ASSOCIATES, et al.

        Defendants.
_____/

### CONSENT TO JOIN ACTION

(Only complete and return this form if you want to be a Plaintiff and sue the Defendants for
unpaid wages.  If you choose this option, you will be a Plaintiff in the case.  By becoming a
Plaintiff, you may be eligible to seek damages, in addition to the amount of any unpaid wages.
While the suit is proceeding, you may be required to provide information, sit for depositions, and
testify in court.)

MY NAME: _Gayle  Q  Middleton_

MY ADDRESS: _3058  Stanton  rd  se  # 303_

_Washington  DC.  20020_

MY TELEPHONE NUMBER: _202 - 889-0958_

    1.    I consent to and agree to pursue my claims arising out of unpaid work time

performed at D.C. Public Schools for (circle one): a) U.S. Security or b) Watkins Security

    2.    I have worked as a security guard for U.S. Security or Watkins Security at D.C.

Public Schools from approximately _Oct 9- 2009_ (month/year) to approximately _June 14, 2012_

(month/year).

1

3.      During this time period, my employer deducted time as an alleged off-duty "meal break."  When this time caused me to work in excess of 40 hours per week, I was not paid time-and-a-half for the overtime portion.

4.      I hereby consent, agree and opt-in to become a Plaintiff herein and to be bound by any judgment of the Court or any settlement of this action.

5.      I hereby designate the law firm of Murphy Anderson PLLC to represent me for all purposes in this action.

6.      If I worked for U.S. Security, I designate Angela Blount, Brian Johnson, and Regina Pixley and/or any other person allowed by the Court as Class Representatives as my agents to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

7.      If I worked for Watkins Security Agency of D.C. and/or Watkins Security Agency, I designate Verranda Middleton and/or any other person allowed by the Court as a Class Representative as my agent(s) to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.


July 2, 2017
**(Date signed)**

**(Signature)**

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ANGELA BLOUNT, et al., on behalf of
themselves and all similarly-situated persons,

Plaintiffs,

v.                                    Civil No. 12-809 (JDB)

U.S. SECURITY ASSOCIATES, et al.

Defendants.

_____/

**CONSENT TO JOIN ACTION**

(Only complete and return this form if you want to be a Plaintiff and sue the Defendants for
unpaid wages. If you choose this option, you will be a Plaintiff in the case. By becoming a
Plaintiff, you may be eligible to seek damages, in addition to the amount of any unpaid wages.
While the suit is proceeding, you may be required to provide information, sit for depositions, and
testify in court.)

**MY NAME:** Charlene Miles-Rush

**MY ADDRESS:** 3090 Stanton Rd SE #303
Washington, DC 20020

**MY TELEPHONE NUMBER:** 202 288-6097

    1.    I consent to and agree to pursue my claims arising out of unpaid work time

performed at D.C. Public Schools for (circle one): a) U.S. Security or b) Watkins Security.

    2.    I have worked as a security guard for U.S. Security or Watkins Security at D.C.

Public Schools from approximately 10/2009 (month/year) to approximately Present

(month/year).

1

3.      During this time period, my employer deducted time as an alleged off-duty "meal break."  When this time caused me to work in excess of 40 hours per week, I was not paid time-and-a-half for the overtime portion.

4.      I hereby consent, agree and opt-in to become a Plaintiff herein and to be bound by any judgment of the Court or any settlement of this action.

5.      I hereby designate the law firm of Murphy Anderson PLLC to represent me for all purposes in this action.

6.      If I worked for U.S. Security, I designate Angela Blount, Brian Johnson, and Regina Pixley and/or any other person allowed by the Court as Class Representatives as my agents to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

7.      If I worked for Watkins Security Agency of D.C. and/or Watkins Security Agency, I designate Verranda Middleton and/or any other person allowed by the Court as a Class Representative as my agent(s) to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____          _____
**(Date signed)**                                    **(Signature)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANGELA BLOUNT, et al., on behalf of
themselves and all similarly-situated persons,

Plaintiffs,

v.                                    Civil No. 12-809 (JDB)

U.S. SECURITY ASSOCIATES, et al.

Defendants.
_____/

### CONSENT TO JOIN ACTION

(Only complete and return this form if you want to be a Plaintiff and sue the Defendants for
unpaid wages.  If you choose this option, you will be a Plaintiff in the case.  By becoming a
Plaintiff, you may be eligible to seek damages, in addition to the amount of any unpaid wages.
While the suit is proceeding, you may be required to provide information, sit for depositions, and
testify in court.)

**MY NAME:** _Tiffany Moton_

**MY ADDRESS:** _5307 DIX ST NE , Washington DC, 20019_

**MY TELEPHONE NUMBER:** _2/322-3659_

　　　1.　　　I consent to and agree to pursue my claims arising out of unpaid work time

performed at D.C. Public Schools for (circle one): a) U.S. Security or b) Watkins Security.

　　　2.　　　I have worked as a security guard for U.S. Security or Watkins Security at D.C.

Public Schools from approximately _10/09_ (month/year) to approximately _present_

(month/year).

1

3.      During this time period, my employer deducted time as an alleged off-duty "meal break."  When this time caused me to work in excess of 40 hours per week, I was not paid time-and-a-half for the overtime portion.

4.      I hereby consent, agree and opt-in to become a Plaintiff herein and to be bound by any judgment of the Court or any settlement of this action.

5.      I hereby designate the law firm of Murphy Anderson PLLC to represent me for all purposes in this action.

6.      If I worked for U.S. Security, I designate Angela Blount, Brian Johnson, and Regina Pixley and/or any other person allowed by the Court as Class Representatives as my agents to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

7.      If I worked for Watkins Security Agency of D.C. and/or Watkins Security Agency, I designate Verranda Middleton and/or any other person allowed by the Court as a Class Representative as my agent(s) to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_6/23/12_____          _____

**(Date signed)**                                       **(Signature)**

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANGELA BLOUNT, et al., on behalf of
themselves and all similarly-situated persons,

Plaintiffs,

v.                              Civil No. 12-809 (JDB)

U.S. SECURITY ASSOCIATES, et al.

Defendants.
_____/

## CONSENT TO JOIN ACTION

(Only complete and return this form if you want to be a Plaintiff and sue the Defendants for unpaid wages. If you choose this option, you will be a Plaintiff in the case. By becoming a Plaintiff, you may be eligible to seek damages, in addition to the amount of any unpaid wages. While the suit is proceeding, you may be required to provide information, sit for depositions, and testify in court.)

**MY NAME:** Dominic Parham

**MY ADDRESS:** 4070 warner Ave R#1 landover Hills MD 20784

**MY TELEPHONE NUMBER:** 202-679-9217

1.      I consent to and agree to pursue my claims arising out of unpaid work time performed at D.C. Public Schools for (circle one): a) U.S. Security or b) Watkins Security.

2.      I have worked as a security guard for U.S. Security or Watkins Security at D.C. Public Schools from approximately 10/09 (month/year) to approximately Present (month/year).

1

3.      During this time period, my employer deducted time as an alleged off-duty "meal break." When this time caused me to work in excess of 40 hours per week, I was not paid time-and-a-half for the overtime portion.

4.      I hereby consent, agree and opt-in to become a Plaintiff herein and to be bound by any judgment of the Court or any settlement of this action.

5.      I hereby designate the law firm of Murphy Anderson PLLC to represent me for all purposes in this action.

6.      If I worked for U.S. Security, I designate Angela Blount, Brian Johnson, and Regina Pixley and/or any other person allowed by the Court as Class Representatives as my agents to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

7.      If I worked for Watkins Security Agency of D.C. and/or Watkins Security Agency, I designate Verranda Middleton and/or any other person allowed by the Court as a Class Representative as my agent(s) to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.


6/23/12
**(Date signed)**                              **(Signature)**


2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ANGELA BLOUNT, et al., on behalf of
themselves and all similarly-situated persons,

Plaintiffs,

v.                                   Civil No. 12-809 (JDB)

U.S. SECURITY ASSOCIATES, et al.

Defendants.
_____/

**CONSENT TO JOIN ACTION**

(Only complete and return this form if you want to be a Plaintiff and sue the Defendants for
unpaid wages.  If you choose this option, you will be a Plaintiff in the case.  By becoming a
Plaintiff, you may be eligible to seek damages, in addition to the amount of any unpaid wages.
While the suit is proceeding, you may be required to provide information, sit for depositions, and
testify in court.)

**MY NAME:** _Leo Spriggs_

**MY ADDRESS:** _534 46th Street S.E. Apt #4 Washington, D.C._
_20019_

**MY TELEPHONE NUMBER:** _202-277-6879_

1.      I consent to and agree to pursue my claims arising out of unpaid work time

performed at D.C. Public Schools for (circle one): a) U.S. Security or b) Watkins Security.

2.      I have worked as a security guard for U.S. Security or Watkins Security at D.C.

Public Schools from approximately _10-2009_ (month/year) to approximately _Present_

(month/year).

1

3.      During this time period, my employer deducted time as an alleged off-duty "meal break."  When this time caused me to work in excess of 40 hours per week, I was not paid time-and-a-half for the overtime portion.

4.      I hereby consent, agree and opt-in to become a Plaintiff herein and to be bound by any judgment of the Court or any settlement of this action.

5.      I hereby designate the law firm of Murphy Anderson PLLC to represent me for all purposes in this action.

6.      If I worked for U.S. Security, I designate Angela Blount, Brian Johnson, and Regina Pixley and/or any other person allowed by the Court as Class Representatives as my agents to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

7.      If I worked for Watkins Security Agency of D.C. and/or Watkins Security Agency, I designate Verranda Middleton and/or any other person allowed by the Court as a Class Representative as my agent(s) to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.


_____                    _____
**(Date signed)**                                                          **(Signature)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANGELA BLOUNT, et al., on behalf of
themselves and all similarly-situated persons,

Plaintiffs,

v.          Civil No. 12-809 (JDB)

U.S. SECURITY ASSOCIATES, et al.

Defendants.
_____/

CONSENT TO JOIN ACTION

(Only complete and return this form if you want to be a Plaintiff and sue the Defendants for unpaid wages. If you choose this option, you will be a Plaintiff in the case. By becoming a Plaintiff, you may be eligible to seek damages, in addition to the amount of any unpaid wages. While the suit is proceeding, you may be required to provide information, sit for depositions, and testify in court.)

MY NAME: _June Washington_

MY ADDRESS: _3700 Cnell rd Temple Hills md 20748_

MY TELEPHONE NUMBER: _2/378-6161_

1.      I consent to and agree to pursue my claims arising out of unpaid work time performed at D.C. Public Schools for (circle one): a) U.S. Security or b) Watkins Security.

2.      I have worked as a security guard for U.S. Security or Watkins Security at D.C. Public Schools from approximately _10/09_ (month/year) to approximately _Present_ (month/year).

1

3.    During this time period, my employer deducted time as an alleged off-duty "meal break." When this time caused me to work in excess of 40 hours per week, I was not paid time-and-a-half for the overtime portion.

4.    I hereby consent, agree and opt-in to become a Plaintiff herein and to be bound by any judgment of the Court or any settlement of this action.

5.    I hereby designate the law firm of Murphy Anderson PLLC to represent me for all purposes in this action.

6.    If I worked for U.S. Security, I designate Angela Blount, Brian Johnson, and Regina Pixley and/or any other person allowed by the Court as Class Representatives as my agents to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

7.    If I worked for Watkins Security Agency of D.C. and/or Watkins Security Agency, I designate Verranda Middleton and/or any other person allowed by the Court as a Class Representative as my agent(s) to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

6|28|12
(Date signed)

(Signature)

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANGELA BLOUNT, et al., on behalf of
themselves and all similarly-situated persons,

Plaintiffs,

v.                                          Civil No. 12-809 (JDB)

U.S. SECURITY ASSOCIATES, et al.

Defendants.

_____/

## CONSENT TO JOIN ACTION

(Only complete and return this form if you want to be a Plaintiff and sue the Defendants for unpaid wages.  If you choose this option, you will be a Plaintiff in the case.  By becoming a Plaintiff, you may be eligible to seek damages, in addition to the amount of any unpaid wages. While the suit is proceeding, you may be required to provide information, sit for depositions, and testify in court.)

**MY NAME:** _Sharon  Whittington_

**MY ADDRESS:** _2635  Bowen Rd. SE  #40_

**MY TELEPHONE NUMBER:** _2|564-0061_

1.      I consent to and agree to pursue my claims arising out of unpaid work time performed at D.C. Public Schools for (circle one): a) U.S. Security or b) Watkins Security.

2.      I have worked as a security guard for U.S. Security or Watkins Security at D.C. Public Schools from approximately _8/1999_ (month/year) to approximately _Present_ (month/year).

1

3.      During this time period, my employer deducted time as an alleged off-duty "meal break." When this time caused me to work in excess of 40 hours per week, I was not paid time-and-a-half for the overtime portion.

4.      I hereby consent, agree and opt-in to become a Plaintiff herein and to be bound by any judgment of the Court or any settlement of this action.

5.      I hereby designate the law firm of Murphy Anderson PLLC to represent me for all purposes in this action.

6.      If I worked for U.S. Security, I designate Angela Blount, Brian Johnson, and Regina Pixley and/or any other person allowed by the Court as Class Representatives as my agents to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

7.      If I worked for Watkins Security Agency of D.C. and/or Watkins Security Agency, I designate Verranda Middleton and/or any other person allowed by the Court as a Class Representative as my agent(s) to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

6/23/2012
_____
**(Date signed)**

_____
**(Signature)**

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ANGELA BLOUNT, et al., on behalf of
themselves and all similarly-situated persons,

Plaintiffs,

v.                                          Civil No. 12-809 (JDB)

U.S. SECURITY ASSOCIATES, et al.

Defendants.
_____/

## CONSENT TO JOIN ACTION

(Only complete and return this form if you want to be a Plaintiff and sue the Defendants for
unpaid wages. If you choose this option, you will be a Plaintiff in the case. By becoming a
Plaintiff, you may be eligible to seek damages, in addition to the amount of any unpaid wages.
While the suit is proceeding, you may be required to provide information, sit for depositions, and
testify in court.)

MY NAME: _Twanda Whittington._

MY ADDRESS: _2629 Bowen R.D. S.E #3_

MY TELEPHONE NUMBER: _2/725-0218_

1.      I consent to and agree to pursue my claims arising out of unpaid work time

performed at D.C. Public Schools for (circle one): a) (U.S. Security) or b) Watkins Security.

2.      I have worked as a security guard for U.S. Security or Watkins Security at D.C.

Public Schools from approximately _8/2000_ (month/year) to approximately _Present_

(month/year).

1

3.      During this time period, my employer deducted time as an alleged off-duty "meal break."  When this time caused me to work in excess of 40 hours per week, I was not paid time-and-a-half for the overtime portion.

4.      I hereby consent, agree and opt-in to become a Plaintiff herein and to be bound by any judgment of the Court or any settlement of this action.

5.      I hereby designate the law firm of Murphy Anderson PLLC to represent me for all purposes in this action.

6.      If I worked for U.S. Security, I designate Angela Blount, Brian Johnson, and Regina Pixley and/or any other person allowed by the Court as Class Representatives as my agents to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

7.      If I worked for Watkins Security Agency of D.C. and/or Watkins Security Agency, I designate Verranda Middleton and/or any other person allowed by the Court as a Class Representative as my agent(s) to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.


_6/23/ 2012_                                    _Lewanda Whittington._
**(Date signed)**                              **(Signature)**

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANGELA BLOUNT, et al., on behalf of
themselves and all similarly-situated persons,

Plaintiffs,

v.                                              Civil No. 12-809 (JDB)

U.S. SECURITY ASSOCIATES, et al.

Defendants.

_____/

## CONSENT TO JOIN ACTION

(Only complete and return this form if you want to be a Plaintiff and sue the Defendants for
unpaid wages. If you choose this option, you will be a Plaintiff in the case. By becoming a
Plaintiff, you may be eligible to seek damages, in addition to the amount of any unpaid wages.
While the suit is proceeding, you may be required to provide information, sit for depositions, and
testify in court.)

MY NAME: _Katrina Ashley_

MY ADDRESS: _2528 Naylor Rd S.E apt T1_
_Washington D.C 20020_

MY TELEPHONE NUMBER: _____

1.      I consent to and agree to pursue my claims arising out of unpaid work time

performed at D.C. Public Schools for (circle one): a) U.S. Security or b) Watkins Security.

2.      I have worked as a security guard for U.S. Security or Watkins Security at D.C.

Public Schools from approximately _10/09_ (month/year) to approximately _present_

(month/year).

1

3.     During this time period, my employer deducted time as an alleged off-duty "meal break." When this time caused me to work in excess of 40 hours per week, I was not paid time-and-a-half for the overtime portion.

4.     I hereby consent, agree and opt-in to become a Plaintiff herein and to be bound by any judgment of the Court or any settlement of this action.

5.     I hereby designate the law firm of Murphy Anderson PLLC to represent me for all purposes in this action.

6.     If I worked for U.S. Security, I designate Angela Blount, Brian Johnson, and Regina Pixley and/or any other person allowed by the Court as Class Representatives as my agents to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

7.     If I worked for Watkins Security Agency of D.C. and/or Watkins Security Agency, I designate Verranda Middleton and/or any other person allowed by the Court as a Class Representative as my agent(s) to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_6/27/12_
**(Date signed)**

_Katie Bulla_
**(Signature)**

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANGELA BLOUNT, et al., on behalf of
themselves and all similarly-situated persons,

Plaintiffs,

v.

Civil No. 12-809 (JDB)

U.S. SECURITY ASSOCIATES, et al.

Defendants.

_____/

## CONSENT TO JOIN ACTION

(Only complete and return this form if you want to be a Plaintiff and sue the Defendants for
unpaid wages.  If you choose this option, you will be a Plaintiff in the case.  By becoming a
Plaintiff, you may be eligible to seek damages, in addition to the amount of any unpaid wages.
While the suit is proceeding, you may be required to provide information, sit for depositions, and
testify in court.)

**MY NAME:** Renee' H. Wilson

**MY ADDRESS:** 2324 GoodHope Rd SE #103

WAShington DC 20020

**MY TELEPHONE NUMBER:** 2) 350- 7256

1. I consent to and agree to pursue my claims arising out of unpaid work time

performed at D.C. Public Schools for (circle one): a) U.S. Security or b) Watkins Security.

2. I have worked as a security guard for U.S. Security or Watkins Security at D.C.

Public Schools from approximately 10 /2009 (month/year) to approximately til present

(month/year).

1

3.      During this time period, my employer deducted time as an alleged off-duty "meal break." When this time caused me to work in excess of 40 hours per week, I was not paid time-and-a-half for the overtime portion.

4.      I hereby consent, agree and opt-in to become a Plaintiff herein and to be bound by any judgment of the Court or any settlement of this action.

5.      I hereby designate the law firm of Murphy Anderson PLLC to represent me for all purposes in this action.

6.      If I worked for U.S. Security, I designate Angela Blount, Brian Johnson, and Regina Pixley and/or any other person allowed by the Court as Class Representatives as my agents to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

7.      If I worked for Watkins Security Agency of D.C. and/or Watkins Security Agency, I designate Verranda Middleton and/or any other person allowed by the Court as a Class Representative as my agent(s) to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

June 23 2012
**(Date signed)**

Renee H. Wilson
**(Signature)**

2